# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2118
L.T. Case No. 2013-CF-003365-B

———————————————

DEVANTE REED,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.800 Appeal from the Circuit Court for Seminole County.
Jessica Recksiedler, Judge.

Devante Reed, Avon Park, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

   AFFIRMED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____